UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
RAFAEL CHICLANA,

                    Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                    Defendants.
-------------------------------------------------------- x

**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**

06 Civ. 11473 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On March 19, 2009, the parties appeared before me for oral argument on Defendants' motion for summary judgment. For the reasons stated on the record, the motion is granted, and the complaint is dismissed. The Clerk shall mark the motion (Doc. #18) as terminated, enter judgment dismissing the complaint, and mark the case as closed.

      SO ORDERED.

Dated:     March 19, 2009
              New York, New York

                                              ALVIN K. HELLERSTEIN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/09